UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ __Second__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Tania Otano          Case NO.: 14-22378-BKC-LMI
Last Four Digits of SS# ___7269___

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ 380.58      for months    1    to    8   ;
B.  $ 3657.42     for months    9    to    9   ;
C.  $ 100.00      for months   10    to   36   ; in order to pay the following creditors:

Administrative:   Attorney's Fees and Costs - $ 3650.00+2600.00(LMM)+525.00(1MP)+525.00(2MP) TOTAL PAID $ 975.00 + 900 for LMM
Balance Due       $ 5425.00 payable $ 96.51/month(Months 1 to 8 ) & pay $ 3,287.05/month ( 9 to 9 )& pay $ 85.37/month ( 10 to 25)

Secured Creditors:   [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. Seterus, Inc.
Address: 14523 Sw Millikan Way St.
         Beaverton, OR   97005
Account No: 18918059
    LMM  (ESTIMATED PAYMENT PRIOR TO SETTLEMENT) $ 273.60 /month(Months 1 to 8 )
         *LMM Payment Simultaneously filing a motion for referral to mortgage mediation allowing for this payment
         Non-Homestead property

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due    $_____
                             Payable      $_____/month (Months ___ to ___) & $_____/month (Months ___ to ___).
                             Regular Payment $_____

Unsecured Creditors:   Pay $ 4.63/month (Months 9 to 25 ) and pay $ 90.00 /month (Months 26 to 36 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Green Tree Servicing for mortgage, Promenade at Kendale Lakes for HOA on non-homestead to be treated outside the plan.   Chase for non-homestead property located at 1010 NW 32nd Ct., Miami, FL paid for by brother. Debtor surrenders any interest in 14401 N. Kendall Dr. Apt 112N, Miami, FL to Seterus Bank for first mortgage and Promenade at Kendale Lakes for HOA.

The Debtor has filed a Verified Motion for Referral to MMM with Seterus ("Lender"), loan number 18918059,for real property located at 14401 N . Kendall Dr., Apt 112N, Miami, FL. The parties shall timely comply with all requirements of the Orders of Referral to MMM and all Administrative Orders/Local Rules regarding MMM. While the MMM is pending and until the trial/interim payment plan or the permanent mortgage modification/permanent payment is established by the parties, the Debtor has included a post-petition plan payment, absent Court order to the contrary, of no less than the 31% of the Debtor's gross monthly income as a good faith adequate protection payment to the Lender. All payments shall be considered timely upon receipt by the trustee and not upon receipt by the Lender.

Until the MMM is completed and the Final Report of Loss Mitigation Mediator is filed, any objection to the Lender's Proof of Claim on the real property described above shall be held in abeyance as to the regular payment and mortgage arrearage stated in the Proof of Claim only. The Debtor shall assert any and all other objections to the Proof of Claim prior to confirmation of the plan or modified plan

If the Debtor, co-obligor/co-borrower or other third party (if applicable) and the Lender agree to a settlement as a result of the pending MMM, the Debtor will file a Motion to Approve Loss Mitigation Agreement with the Lender no later than 14 calendar days following settlement. Once the settlement is approved by the Court, the Debtor shall immediately amend or modify the plan to reflect the settlement and the Lender shall amend its Proof of Claim to reflect the settlement, as applicable.

LF-31 (rev. 01/08/10)

*Reyes & Calas-Johnson, PA, attorneys for Debtor, 782 NW 42 Ave., #447, Miami, FL 33126 (305) 476-1900*

If a settlement is reached after the plan is confirmed, the Debtor will file a motion to modify the plan no later than 30 calendar days following approval of the settlement by the Court and the Lender shall have leave to amend its Proof of Claim to reflect the settlement reached after confirmation of the plan. The parties will then timely comply with any and all requirements necessary to complete the settlement. In the event that the Debtor receives any financial benefit from the Lender as a part of any agreement, the Debtor shall immediately disclose the financial benefit to the Court and the Trustee and amend of modify the plan accordingly.

If the Lender and the Debtor fail to reach as settlement, then no later than 14 calendar days after the Mediators Final Report is filed, the Debtor will amend of modify the plan to (a) conform to the Lenders Proof of Claim (If the Lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered. If the amended of modified plan provides that the real property is to be surrendered, then the obligations to the Lender will be considered "treated outside of the plan" and the Lender shall have in rem relief from the automatic stay as to the real property that is being surrendered. Notwithstanding the foregoing, Lender may file a motion to confirm that the automatic stay is not in effect as to the real property.

Confirmation of the plan will be without prejudice to the assertion of any rights the Lender has to address payment of its Proof of Claim.

_____
Debtor
Date:  2/23/2015